UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO. 6:08-CR-247-ORL-19GJK

KAMAU ADRIAN POWELL

ORDER

This case having been considered by the Court on Report and Recommendation Concerning Plea of Guilty (Doc. No. 55, filed October 2, 2009) and no objection thereto having been filed, it is **ORDERED:**

1. The Report and Recommendation of the United States Magistrate Judge (Doc. No. 55) is **ACCEPTED, AFFIRMED AND ADOPTED.**

2. Defendant Kamau Adrian Powell has entered a plea of guilty to Count One and Four of the Indictment knowingly, intelligently and voluntarily. Such plea is accepted, and Defendant is adjudicated guilty of Count One and Four of the Indictment.

3. Ruling on acceptance of the Plea Agreement (Doc. No. 51, filed October 2, 2009) is deferred until the time of sentencing.

**DONE AND ORDERED** at Orlando, Florida, this   5th   day of October, 2009.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:
Assistant United States Attorney
Attorney for Defendant

United States Marshal
United States Probation
United States Pretrial Services
Defendant
Courtroom Deputy